UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CAPITAL RESOURCES GROUP, LLC, | Civil Action No. 4:15-cv-00213-SMR-HCA |
| Plaintiff, | |
| v. | |
| HEARTLAND DEVELOPMENT, LLC, HEARTLAND COMMUNITIES, LLC, and STUART D. MILLS; | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**COMES NOW** all parties, by and through their attorneys, and hereby stipulate to dismissal with prejudice.

Dated October 2, 2015.

WHITFIELD & EDDY, P.L.C.

        */s/   Stephen W. Tyler*
Stephen W. Tyler        AT0008815
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309
Telephone:    (515) 288-6041
Facsimile:    (515) 246-1474
Email   :      tyler@whitfieldlaw.com
ATTORNEYS FOR PLAINTIFF

FAEGRE BAKER DANIELS, LLP

        */s/   Lance W. Lange*
Lance W. Lange        AT0004562
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8011
Telephone:    (515) 248-9000
Facsimile:    (515) 248-9010
Email:      lance.lange@faegrebd.com
ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

> Lance W. Lange, AT0004562
> FAEGRE BAKER DANIELS, LLP
> 801 Grand Avenue, 33rd Floor
> Des Moines, Iowa 50309-8011
> *lance.lange@faegrebd.com*

/s/
Stephen W. Tyler

I:\WeitzCo\Heartland\Draft Pleadings\Stipulated Dismissal Without Prejudice.doc